James W. Brody, Esq. (SBN 212967)
Greg W. Chambers, Esq. (SBN 237509)
Robert I. Brayer, Esq. (SBN 222092)
AMERICAN MORTGAGE LAW GROUP, PC
Attorneys at Law
75 Rowland Way, Suite 350
Novato, California  94945
Telephone:  (415) 878-0030
Facsimile:   (415) 878-0035
Email: jbrody@americanmlg.com

Attorneys for Defendant
Van Dyk Mortgage Corporation

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE THIEME,<br><br>            Plaintiff,<br><br>    v.<br><br>DIANE M. COBB, INDIVIDUALLY, AND DBA DM FINANCIAL, AKA DIANE WINEGARDNER, SLOANE DAVIS, INDIVIDUALLY, AKA SLOAN DAVIS, AND DBA DM FINANCIAL AKA FINANCIAL Dm OR DM, VAN DYK MORTGAGE CORPORATION, AND DOES 1 through 100, INCLUDING CORPORATIONS<br><br>            Defendants. | CASE NO.: 3:13-cv-03827-MEJ<br><br>[PROPOSED] ORDER GRANTING  THE PARTIES' STIPULATED REQUEST FOR AN ORDER TO CHANGE TIME PURSUANT TO LOCAL RULE 6-2 |

Having read and considered Plaintiff Steve Thieme and Defendant Van Dyk Mortgage Corporation's Stipulated Request for an Order to Change Time Pursuant to Local Rule 6-2, and good cause appearing therefor,

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that Plaintiff Steve Thieme shall have up to and including **September 13, 2013,** by which to file its Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PURSUANT TO STIPULATION, IT IS FURTHER ORDERED** that Defendant Van Dyk Mortgage Corporation shall have up to and including **September 20, 2013,** by which to file its

-1

-2

1  reply brief in support of its Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of
2  Civil Procedure 12(b)(6).

4  DATED September _5___, 2013

                                                                       _____
                                                                       HONORABLE MARIA-ELENA JAMES
                                                                       UNITED STATES MAGISTRATE JUDGE

[Stamp: GRANTED / Judge Maria-Elena James / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]