UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| STEVE THIEME, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　v.<br>DIANE M COBB, *et al.*,<br><br>　　　　　　Defendants.<br>_____/ | No. C 13-03827 MEJ<br><br>**SECOND NOTICE DIRECTING PARTIES TO FILE CONSENT OR DECLINATION** |

Pending before the Court is Defendant Van Dyk Mortgage Corporation's Motion to Dismiss (Dkt. No. 6). On August 27, 2013, a clerk's notice directing all parties to file consent or declination forms by September 5, 2013 was issued. Dkt. No. 8. Upon review of the record in this action, the Court notes that only Defendant Van Dyk Mortgage has filed a consent to magistrate judge jurisdiction. Dkt. No. 10.

This civil case was randomly assigned to the undersigned magistrate judge for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, the parties shall inform the Court whether they consent to magistrate judge jurisdiction or request reassignment to a United States District Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, choose "Forms" and then "Civil Forms."

The parties shall inform the Court of their decision by **September 23, 2013**.

The parties do not need to submit chambers copies of the documents.

Dated: September 18, 2013

_____
Rose Maher, Courtroom Deputy to
Maria-Elena James,
United States Magistrate Judge