UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| STEVE THIEME,<br><br>                    Plaintiff,<br>       v.<br><br>DIANE M COBB, *et al.*,<br><br>                    Defendants.<br>_____/ | No. C 13-03827 MEJ<br><br>**ORDER DIRECTING PLAINTIFF TO FILE STATEMENT REGARDING SERVICE OF DEFENDANTS COBB AND DAVIS** |

On August 16, 2013, Defendant Van Dyk Mortgage removed this action from San Francisco Superior Court. Dkt. No. 1. In its Notice of Removal, Van Dyk indicated that Defendants Diane Cobb and Sloane Davis did not join in the removal because they could not be located and had not been served with the Complaint. *Id.* at 3. On August 27, 2013, and September 18, 2013, Clerk's Notices were issued directing the parties to file consents or declinations to magistrate judge jurisdiction. Dkt. Nos. 8, 17. Plaintiff Steve Thieme and Defendant Van Dyk Mortgage have filed consents. Dkt. Nos. 10, 18. However, the Court has not received consent forms from Defendants Cobb and Davis. Accordingly, Plaintiff shall file a status statement no later than **5:00 p.m., September 25, 2013**, indicating whether he has effected service of process on Defendants Cobb and Davis or intends to dismiss them from this lawsuit.

**IT IS SO ORDERED.**

Dated: September 24, 2013

_____
Maria-Elena James
United States Magistrate Judge