1  James W. Brody, Esq. (SBN 212967)
   Greg W. Chambers, Esq. (SBN 237509)
2  Robert I. Brayer, Esq. (SBN 222092)
   AMERICAN MORTGAGE LAW GROUP, PC
3  Attorneys at Law
   75 Rowland Way, Suite 350
4  Novato, California  94945
   Telephone:  (415) 878-0030
5  Facsimile:   (415) 878-0035
   Email: jbrody@americanmlg.com
6
   Attorneys for Defendant
7  Van Dyk Mortgage Corporation

8  IN THE UNITED STATES DISTRICT COURT

9  IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 10  STEVE THIEME, | CASE NO.: 3:13-cv-03827-MEJ |
| 11           Plaintiff, | |
| 12       v. | [PROPOSED] ORDER GRANTING THE PARTIES' STIPULATED REQUEST FOR AN ORDER TO CHANGE TIME AND HEARING DATE PURSUANT TO LOCAL RULE 6-2 |
| 13  DIANE M. COBB, INDIVIDUALLY, AND DBA DM FINANCIAL, AKA DIANE WINEGARDNER, SLOANE DAVIS, INDIVIDUALLY, AKA SLOAN DAVIS, AND DBA DM FINANCIAL AKA FINANCIAL Dm OR DM, VAN DYK MORTGAGE CORPORATION, AND DOES 1 through 100, INCLUDING CORPORATIONS | |
| 17           Defendants. | |

19

20       Having read and considered Plaintiff Steve Thieme and Defendant VanDyk Mortgage

21  Corporation's Stipulated Request for an Order to Change Time and Hearing Pursuant to Local Rule

22  6-2, and good cause appearing therefore,

23       **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the hearing date for

24  the Motion to Dismiss should be moved from the present date of October 3, 2013 until October ~~17~~ 31, at 10:00 a.m., in Courtroom B.

25  2013, ~~or to the date closest to this date that is convenient for this Court's calendar~~.

26       **PURSUANT TO STIPULATION, IT IS FURTHER ORDERED** that Defendant

27  VanDyk Mortgage Corporation shall have until **October 3, 2013** to file its reply papers in support

28  of its Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

-1-

DATED September  25 , 2013

_____
HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

Order FOR STIPULATED REQUEST TO CHANGE TIME PURSUANT TO L.R. 6-2

-2-

[PROPOSED] ORDER FOR STIPULATED REQUEST TO CHANGE TIME PURSUANT TO L.R. 6-2