James W. Brody, Esq. (SBN 212967)
Greg W. Chambers, Esq. (SBN 237509)
Robert I. Brayer, Esq. (SBN 222092)
AMERICAN MORTGAGE LAW GROUP, PC
Attorneys at Law
75 Rowland Way, Suite 350
Novato, California  94945
Telephone:  (415) 878-0030
Facsimile:   (415) 878-0035
Email: jbrody@americanmlg.com

Attorneys for Defendant
Van Dyk Mortgage Corporation

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE THIEME,<br><br>          Plaintiff,<br><br>     v.<br><br>DIANE M. COBB, INDIVIDUALLY, AND DBA DM FINANCIAL, AKA DIANE WINEGARDNER, SLOANE DAVIS, INDIVIDUALLY, AKA SLOAN DAVIS, AND DBA DM FINANCIAL AKA FINANCIAL Dm OR DM, VAN DYK MORTGAGE CORPORATION, AND DOES 1 through 100, INCLUDING CORPORATIONS<br><br>          Defendants. | CASE NO.: 3:13-cv-03827-MEJ<br><br>[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATED REQUEST FOR AN ORDER TO CHANGE TIME AND HEARING DATE PURSUANT TO LOCAL RULE 6-2 |

Having read and considered Plaintiff Steve Thieme and Defendant VanDyk Mortgage Corporation's Stipulated Request for an Order to Change Time and Hearing Pursuant to Local Rule 6-2, and good cause appearing therefore,

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the hearing date for the Motion to Dismiss should be moved from the present date of October 3, 2013 until October 17, 31, at 10:00 a.m., in Courtroom B.
2013, or to the date closest to this date that is convenient for this Court's calendar.

**PURSUANT TO STIPULATION, IT IS FURTHER ORDERED** that Defendant VanDyk Mortgage Corporation shall have until **October 3, 2013** to file its reply papers in support of its Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

-1-

DATED September __25__, 2013

_____
HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

Order FOR STIPULATED REQUEST TO CHANGE TIME PURSUANT TO L.R. 6-2

-2

[PROPOSED] ORDER FOR STIPULATED REQUEST TO CHANGE TIME PURSUANT TO L.R. 6-2