**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| STEVE THIEME, | No. C 13-03827 MEJ |
| Plaintiffs, | **ORDER STRIKING PLAINTIFF'S OCTOBER 31, 2013 UNAUTHORIZED FILING** |
| v. | [Dkt. No. 38] |
| DIANE M COBB, *et al*., | |
| Defendants. | |

Pursuant to Civil Local Rule 7-3(d), once a reply brief is filed, no additional materials are permitted to be filed without leave of Court. Plaintiff failed to seek leave before filing his Supplemental Brief. Dkt. No. 38. Accordingly, the Court **STRIKES** the document from the record.

**IT IS SO ORDERED.**

Dated: November 1, 2013

_____
Maria-Elena James
United States Magistrate Judge