UNITED STATES  DISTRICT COURT

Northern District of California

STEVE THIEME,                                          No. C 13-03827 MEJ

                Plaintiff,                    **ORDER VACATING INITIAL CMC**

    v.

DIANE M COBB, *et al*.,

                Defendants.

_____/

      This matter is set for an initial case management conference on November 21, 2013.  Dkt. No. 5.  On November 18, 2013, the Court issued its Order granting Defendant VanDyk's Motion to Dismiss Plaintiff's Complaint.  Dkt. No. 45.  Accordingly, the Court **VACATES** the case management conference set for November 21, 2013.  The Court will re-set the matter for a case management conference after Plaintiff's files his amended complaint.

      **IT IS SO ORDERED.**

Dated: November 18, 2013

_____

Maria-Elena James
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**