1  James W. Brody, Esq. (SBN 212967)
   Greg W. Chambers, Esq. (SBN 237509)
2  Robert I. Brayer, Esq. (SBN 222092)
   AMERICAN MORTGAGE LAW GROUP, PC
3  Attorneys at Law
   75 Rowland Way, Suite 350
4  Novato, California 94945
   Telephone: (415) 878-0030
5  Facsimile: (415) 878-0035
   Email: jbrody@americanmlg.com
6
   Attorneys for Defendant
7  Van Dyk Mortgage Corporation

8                  IN THE UNITED STATES DISTRICT COURT

9    IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10 | STEVE THIEME,                              | CASE NO.: 3:13-cv-03827-MEJ
11 |        Plaintiff,                          |
12 |   v.                                       | [PROPOSED] ORDER GRANTING THE PARTIES' STIPULATED REQUEST FOR AN ORDER TO CHANGE TIME
13 | DIANE M. COBB, INDIVIDUALLY, AND           |
   | DBA DM FINANCIAL, AKA DIANE                |
14 | WINEGARDNER, SLOANE DAVIS,                 |
   | INDIVIDUALLY, AKA SLOAN DAVIS, AND         |
15 | DBA DM FINANCIAL AKA FINANCIAL Dm          |
   | OR DM, VAN DYK MORTGAGE                    |
16 | CORPORATION, AND DOES 1 through 100,       |
   | INCLUDING CORPORATIONS                     |
17 |                                            |
   |        Defendants.                         |
18

19
        Having read and considered Plaintiff Steve Thieme and Defendant VanDyk Mortgage
20
   Corporation's Stipulated Request for an Order to Change Time Pursuant to Local Rule 6-2, and
21
   good cause appearing therefore,
22
        **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that Defendant VanDyk
23
   Mortgage Corporation shall have until January 21, 2014 to file its reply papers in support of its
24
   Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).
25

26
   DATED December __16__, 2013
27                                              _____
                                                HONORABLE MARIA ELENA JAMES
                                                UNITED STATES MAGISTRATE JUDGE
28
                                               -1-

[PROPOSED] ORDER FOR STIPULATED REQUEST TO CHANGE TIME PURSUANT TO L.R. 6-2