James W. Brody, Esq. (SBN 212967)
Greg W. Chambers, Esq. (SBN 237509)
Robert I. Brayer, Esq. (SBN 222092)
AMERICAN MORTGAGE LAW GROUP, PC
Attorneys at Law
75 Rowland Way, Suite 350
Novato, California 94945
Telephone: (415) 878-0030
Facsimile: (415) 878-0035
Email: jbrody@americanmlg.com

Attorneys for Defendant
VanDyk Mortgage Corporation

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA CHENAULT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIANE M. COBB, INDIVIDUALLY, AND DBA DM FINANCIAL, AKA DIANE WINEGARDNER, SLOANE DAVIS, INDIVIDUALLY, AKA SLOAN DAVIS, AND DBA DM FINANCIAL AKA FINANCIAL Dm OR DM, VANDYK MORTGAGE CORPORATION, AND DOES 1 through 100, INCLUDING CORPORATIONS<br><br>　　　　Defendants. | CASE NO.: 3:13-cv-03828-WHA<br><br>ORDER GRANTING THE PARTIES' STIPULATED REQUEST FOR AN ORDER TO CHANGE TIME |

Having read and considered Plaintiff Cynthia Chenault and Defendant VanDyk Mortgage Corporation's Stipulated Request for an Order to Change Time Pursuant to Local Rule 6-2, and good cause appearing therefore,

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that Defendant VanDyk Mortgage Corporation shall have up to and including January 21, 2014 to file its responsive pleading to Plaintiff Cynthia Chenault's First Amended Complaint.

DATED December 26, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

-1-

Case #3:13-cv-03828 [Proposed] Order Granting Van Dyk Mortgage's Motion to Dismiss Under Rule 12(b)(6)