UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE THIEME,<br><br>        Plaintiff,<br><br>    v.<br><br>DIANE M. COBB, et al.,<br><br>        Defendants. | Case No. 13-cv-03827-MEJ<br><br>**ORDER VACATING HEARING DATE**<br><br>Re: Dkt. No. 82 |

Pursuant to Civil Local Rule 7-1(b), the court finds that the Motion to Dismiss, which has been noticed for hearing on April 17, 2014, is appropriate for decision without oral argument.

Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: April 16, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge