UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE THIEME,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIANE M. COBB, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-03827-MEJ<br><br>**ORDER RE: DEADLINE TO FILE AMENDED COMPLAINT** |
| CYNTHIA CHENAULT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIANE M. COBB, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-03828-MEJ |

　　Before the Court are Plaintiffs Steve Thieme's and Cynthia Chenault's requests for additional time to file amended complaints. Upon review of their requests, the Court ORDERS the parties to meet and confer in person to determine if they are able to reach an agreement regarding Plaintiffs' requests for limited information in connection with their amended complaints. If the parties are able to reach an agreement, they shall file a stipulation and proposed order. If they are unable to reach an agreement, they shall file a joint letter in compliance with the undersigned's Discovery Standing Order. The deadline for Plaintiffs to file their amended complaints is STAYED pending resolution of this issue.

　　**IT IS SO ORDERED.**

Dated: September 24, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge