UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE THIEME,<br><br>        Plaintiff,<br><br>   v.<br><br>DIANE M. COBB, et al.,<br><br>        Defendants. | Case No. 13-cv-03827-MEJ<br><br>**CORRECTION RE: CASE MANAGEMENT ORDER**<br><br>Re: Dkt. No. 105 |

Please note that the April 24, 2015 Case Management Order contains a typographical error. Section V (Other Matters) should read as follows (change emphasized):

**V.     Other Matters:** For any defendants that have been properly served but have failed to make an appearance, Plaintiff shall determine whether to proceed by request for default and motion for default judgment or motion *to bifurcate*.

**IT IS SO ORDERED.**

Dated: April 24, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge