UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE THIEME, | Case No.  13-cv-03827-MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| DIANE M. COBB, et al., | |
| Defendants. | |

On November 18, 2013, the Court denied Plaintiff's Application to Serve Defendants Diane Cobb and Sloane Davis by Publication.  Dkt. No. 48.  Nearly two years later, there appears to be no indication that Plaintiff has served Cobb and/or Davis.  Accordingly, the Court ORDERS Plaintiff to show cause why this case should not be dismissed without prejudice as to Defendants Diane Cobb and Sloane Davis.  Plaintiff shall file a declaration by November 12, 2015, and the Court shall conduct a hearing on December 3, 2015 at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: November 2, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California