UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE THIEME,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANE M. COBB, et al.,<br><br>    Defendants. | Case No. 13-cv-03827-MEJ<br><br>**ORDER VACATING CASE MANAGEMENT DEADLINES AND SETTING CMC** |
| CYNTHIA CHENAULT,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANE M. COBB, et al.,<br><br>    Defendants. | Case No. 13-cv-03828-MEJ |
| LEWIS HAYNES,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANE E. COBB, et al.,<br><br>    Defendants. | Case No. 15-cv-02455-MEJ |

These three related cases are currently scheduled for an order to show cause hearing on December 3, 2015 regarding Plaintiffs' failure to serve certain named Defendants. At the same time, there are upcoming pretrial deadlines, including the deadline to file dispositive motions. As these cases are assigned to a magistrate judge, it is not clear how the cases should proceed, given the lack of consent from the Defendants that have not been served. Accordingly, the Court sets these three cases for a Case Management Conference on December 3, 2015 at 10:00 a.m. in Courtroom B. The parties shall file a joint case management statement by November 19, 2015.

The parties may file one statement for all three cases, or they may choose to file separate statements for each case.  The upcoming dispositive motion deadline and hearing are VACATED. All subsequent pretrial deadlines, including trial dates, are also VACATED.

**IT IS SO ORDERED.**

Dated: November 2, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge