UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE THIEME,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANE M. COBB, et al.,<br><br>    Defendants. | Case No. 13-cv-03827-MEJ<br><br>**ORDER DISCHARGING OSC AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| CYNTHIA CHENAULT,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANE M. COBB, et al.,<br><br>    Defendants. | Case No. 13-cv-03828-MEJ |
| LEWIS HAYNES,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANE E. COBB, et al.,<br><br>    Defendants. | Case No. 15-cv-02455-MEJ |

Having received Plaintiffs' responses to the November 2, 2015 Order to Show Cause, the Court DISCHARGES the Order to Show Cause. To allow Plaintiffs additional time to address service and/or default issues, the Court CONTINUES the Case Management Conference to January 21, 2016 at 10:00 a.m. in Courtroom B. The parties shall file a joint case management statement by January 14, 2016. The parties may file one statement for all three cases, or they may choose to file separate statements for each case. As a reminder, all pretrial deadlines, including trial dates, were previously vacated.

**IT IS SO ORDERED.**

Dated: November 6, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge