UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE THIEME,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANE M. COBB, et al.,<br><br>    Defendants. | Case No. 13-cv-03827-MEJ<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |
| CYNTHIA CHENAULT,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANE M. COBB, et al.,<br><br>    Defendants. | Case No. 13-cv-03828-MEJ |
| LEWIS HAYNES,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANE E. COBB, et al.,<br><br>    Defendants. | Case No. 15-cv-02455-MEJ |

These three related cases are scheduled for a Case Management Conference on March 17, 2016. As no joint statement has been filed, the Court VACATES the conference and ORDERS the parties to e-file a joint status report by March 24, 2016. No chambers copy is required.

**IT IS SO ORDERED.**

Dated: March 11, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge