United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE THIEME,<br><br>  Plaintiff,<br><br>v.<br><br>DIANE M. COBB, et al.,<br><br>  Defendants. | Case No. 13-cv-03827-MEJ<br><br>**ORDER DENYING MOTIONS FOR LEAVE TO AMEND WITHOUT PREJUDICE** |
| CYNTHIA CHENAULT,<br><br>  Plaintiff,<br><br>v.<br><br>DIANE M. COBB, et al.,<br><br>  Defendants. | Case No. 13-cv-03828-MEJ |
| LEWIS HAYNES,<br><br>  Plaintiff,<br><br>v.<br><br>DIANE E. COBB, et al.,<br><br>  Defendants. | Case No. 15-cv-02455-MEJ |

The Plaintiffs in these three related cases, Steve Thieme, Cynthia Chenault, and Lewis Haynes, have each filed a Motion for Leave to Amend. However, the motions do not comply with Civil Local Rule 7 in that Plaintiffs did not notice the motions for a hearing date (Civ. L.R. 7-2(a)) and the motions are filed as multiple docket entries rather than as one filed document (Civ. L.R. 7-2(b)). Plaintiffs' counsel in this case has repeatedly e-filed documents in a format that is not readily accessible by the Court and other parties. For instance, instead of electronically converting documents from the original computer file and uploading to ECF as one document, counsel scans

1 documents and uploads them as multiple entries in ECF or as one ECF entry with multiple
2 attachments.  Scanned documents can be problematic since scanning creates a much larger file
3 size for the same number of pages and the ECF system rejects any individual file 5.0 MB or
4 larger, thus requiring multiple filings for what should normally be one entry in ECF.

5 Counsel is advised that only documents which exist in paper-only must be scanned; all
6 others can (and should) be electronically converted from the original computer file.  If the
7 document exists anywhere electronically (Word, WordPerfect, Excel, website, digital photo, etc.),
8 the Court encourages counsel to convert the document to .pdf format rather than printing it out and
9 scanning it.  Remember, you almost never need to scan to prove the existence of signatures.
10 Counsel is encouraged to utilize the Court's e-filing tutorials, including instructions on how to
11 create a pdf file, available at https://ecf.cand.uscourts.gov/cand/tutor/current/.  Counsel may also
12 contact the ECF Help Desk by phone or email.  Contact information for the help desk is at
13 http://cand.uscourts.gov/ecfhelpdesk.

14 Plaintiffs' Motions are hereby **DENIED WITHOUT PREJUDICE.**  Plaintiffs shall re-
15 file their Motions by May 12, 2016, and in full compliance with Civil Local Rule 7 and the
16 Court's instructions above.

17 **IT IS SO ORDERED.**

19 Dated: May 6, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2