# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE THIEME,<br><br>    Plaintiff,<br><br>v.<br><br>DIANE M. COBB, et al.,<br><br>    Defendants. | Case No. 13-cv-03827-MEJ<br><br>**ORDER RE: CHAMBERS COPIES** |
| CYNTHIA CHENAULT,<br><br>    Plaintiff,<br><br>v.<br><br>DIANE M. COBB, et al.,<br><br>    Defendants. | Case No. 13-cv-03828-MEJ |
| LEWIS HAYNES,<br><br>    Plaintiff,<br><br>v.<br><br>DIANE E. COBB, et al.,<br><br>    Defendants. | Case No. 15-cv-02455-MEJ |

The Plaintiffs in these three related cases, Steve Thieme, Cynthia Chenault, and Lewis Haynes, have each filed a Motion for Leave to Amend. However, no chambers copies of the motions and related documents have been submitted in compliance with Civil Local Rule 5-1 and the Court's Standing Orders. *See* Civil Local Rule 5-1; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James. Plaintiffs shall immediately submit chambers copies of the above-referenced documents. ALL CHAMBERS COPIES MUST INCLUDE: (1) ON

1   EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM, AND (2) ALL
2   EXHIBITS WITH LABELED TAB DIVIDERS.
3   **IT IS SO ORDERED.**
4
5   Dated: May 31, 2016
6   _____
7   MARIA-ELENA JAMES
    United States Magistrate Judge