UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE THIEME,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANE M. COBB, et al.,<br><br>    Defendants. | Case No. 13-cv-03827-MEJ<br><br>**ORDER VACATING HEARING** |
| CYNTHIA CHENAULT,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANE M. COBB, et al.,<br><br>    Defendants. | Case No. 13-cv-03828-MEJ |
| LEWIS HAYNES,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANE E. COBB, et al.,<br><br>    Defendants. | Case No. 15-cv-02455-MEJ |

The above-captioned matters are currently scheduled for hearing on June 30, 2016 regarding the Plaintiffs' Motions for Leave to Amend their Complaints. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds these matters suitable for disposition without oral argument and hereby **VACATES** the June 30, 2016 hearing. The matters are deemed under submission.

**IT IS SO ORDERED.**

Dated: June 28, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge