UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE THIEME,<br><br>   Plaintiff,<br><br>   v.<br><br>DIANE M. COBB, et al.,<br><br>   Defendants. | Case No. 13-cv-03827-MEJ<br><br>**ORDER TO SHOW CAUSE** |
| CYNTHIA CHENAULT,<br><br>   Plaintiff,<br><br>   v.<br><br>DIANE M. COBB, et al.,<br><br>   Defendants. | Case No. 13-cv-03828-MEJ |
| LEWIS HAYNES,<br><br>   Plaintiff,<br><br>   v.<br><br>DIANE E. COBB, et al.,<br><br>   Defendants. | Case No. 15-cv-02455-MEJ |

On October 19, 2016, Defendant Van Dyk Mortgage Corporation filed Motions for Summary Judgment in each of these three related cases, with a noticed hearing date of December 22, 2016. *See Thieme*, Dkt. No. 167; *Chenault*, Dkt. No. 137; *Haynes*, Dkt. No. 73. Plaintiffs failed to file oppositions to these Motions pursuant to Civil Local Rule 7. Accordingly, the Court hereby **VACATES** the motion hearing and **ORDERS** Plaintiffs Steve Thieme, Cynthia Chenault, and Lewis Haynes to show cause why (1) these cases should not be dismissed for failure to prosecute and failure to comply with court deadlines; (2) why Plaintiffs should not be sanctioned

for their conduct; and (3) why pretrial and trial deadlines should not be continued.  Plaintiffs shall file declarations **by November 15, 2016**.  If responsive declarations are filed, the Court shall either issue an order based on the declarations or schedule a hearing on the matter.  <u>Notice is hereby provided that failure to file written responses will be deemed an admission that Plaintiffs do not intend to prosecute, and their cases against Van Dyk will be dismissed without prejudice.</u>  Thus, it is imperative that the Court receive written responses by the deadline above.

**IT IS SO ORDERED.**

Dated: November 8, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge