UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE THIEME,<br>  Plaintiff,<br>    v.<br>DIANE M. COBB, et al.,<br>  Defendants. | Case No. 13-cv-03827-MEJ<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |
| CYNTHIA CHENAULT,<br>  Plaintiff,<br>    v.<br>DIANE M. COBB, et al.,<br>  Defendants. | Case No. 13-cv-03828-MEJ |
| LEWIS HAYNES,<br>  Plaintiff,<br>    v.<br>DIANE E. COBB, et al.,<br>  Defendants. | Case No. 15-cv-02455-MEJ |

On February 14, 2017, the Court granted summary judgment to Defendant VanDyk Mortgage Corp. in all three actions and entered judgment for that Defendant and against Plaintiffs Steve Thieme, Cynthia Chenault, and Lewis Haynes. *See Haynes* Dkt. Nos. 90, 91; *Chenault* Dkt. Nos. 200, 201; *Thieme* Dkt. Nos. 155, 156. The Court also ordered Plaintiffs, no later than March 16, 2017, either to move for default judgment as to remaining defendants Diane Cobb and Paul Sloane Davis or to inform the Court how they intend to proceed to bring these actions to resolution. *See* Order re Remaining Defs., *Haynes* Dkt. No. 92; *Chenault* Dkt. No. 202; *Thieme*

Dkt. No. 157. Plaintiffs neither moved for default judgment nor informed the Court how they intend to proceed to bring these actions to resolution. *See* Dkts.

Accordingly, the Court hereby ORDERS Plaintiffs Haynes, Cobb and Thieme to show cause why their cases should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiffs shall file a declaration by November 2, 2017. If a responsive declaration is filed, the Court shall issue an order based on the declaration. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiffs do not intend to prosecute and do not have good cause for failing to abide by the Court's prior orders, and the cases will be dismissed **with prejudice**</u>. Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: October 13, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge